# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>Defendants. | Case No.: 20-CV-1990 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE HEARINGS AND SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 18) |

Presently before the Court is the Parties' Joint Motion to Consolidate Hearings (ECF No. 18). Good cause appearing, the Court **GRANTS** the Joint Motion.

The Court consolidates the hearing on Plaintiffs' Motion for Preliminary Injunction (ECF No. 6) with the hearing on the Motion for Preliminary Injunction or Summary Judgment and Motion to Dismiss in *R.J. Reynolds Tobacco Company, et al. v. County of San Diego, et al.*, Case No. 3:20-cv-01290 (ECF Nos. 6, 26), and the Motion for Preliminary Injunction and Motion to Dismiss in *Neighborhood Market Association, Inc., et al. v. County of San Diego*, Case No. 3:20-cv-01124 (ECF Nos. 4, 12). Accordingly, the

1

Court **HEREBY CONTINUES** the hearing presently scheduled in this matter for November 23, 2020 to December 10, 2020 at 1:30 p.m. in Courtroom 4D.

The Court will hold the hearing by video, with public access by telephone. The Parties must contact the Courtroom Deputy by email at alex_ramos@casd.uscourts.gov for access information; the telephone number for public access will be provided in a future Order. If visual aids will be used during the hearing, the Parties **SHALL PROVIDE** hard copies or **SHALL LODGE** electronic copies with the Court at least two (2) hours before the hearing.

Additionally, the Court **SETS** the following briefing schedule for Plaintiffs' Motion for Preliminary Injunction (ECF No. 6): Defendants **SHALL FILE** an Opposition on or before November 12, 2020. Plaintiffs **MAY FILE** a Reply on or before November 23, 2020.

And finally, the Court **EXTENDS** Defendants' deadline to respond to the Complaint to December 3, 2020.

**IT IS SO ORDERED.**

Dated: October 27, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge