UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>Defendants. | Case No.: 20-CV-1990 JLS (WVG)<br><br>**ORDER GRANTING UNOPPOSED MOTION BY *AMICI CURIAE* TO FILE BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>(ECF No. 28) |

Presently before the Court is the Unopposed Motion by *Amici Curiae* African American Tobacco Control Leadership Council, American Academy of Pediatrics California, American Cancer Society Cancer Action Network, American Heart Association, American Lung Association, American Medical Association, Americans for Nonsmokers' Rights, California School Nurses Organization, Campaign for Tobacco-Free Kids, Parents Against Vaping e-cigarettes, Public Health Law Center, and Truth Initiative to File Brief of Amici Curiae in Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 28). Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court

1 **SHALL DOCKET** the *amici curiae* brief attached as an Exhibit to the Motion at ECF No. 28 and **SHALL ADD** African American Tobacco Control Leadership Council, American Academy of Pediatrics California, American Cancer Society Cancer Action Network, American Heart Association, American Lung Association, American Medical Association, Americans for Nonsmokers' Rights, California School Nurses Organization, Campaign for Tobacco-Free Kids, Parents Against Vaping e-cigarettes, Public Health Law Center, and Truth Initiative to the docket as *amici curiae*. Any response to the *amici curiae* brief **SHALL BE FILED** on or before December 3, 2020.

   **IT IS SO ORDERED.**

Dated:  November 16, 2020

Hon. Janis L. Sammartino
United States District Judge