1    JORDAN RAPHAEL (SBN 252344)
     jraphael@byronraphael.com
2    BYRON RAPHAEL LLP
     1055 West 7th Street, Suite 3300
3    Los Angeles, CA 90017
     Telephone:  (213) 291-9800
4    Facsimile:   (213) 377-5771

5    DENNIS A. HENIGAN (Of Counsel)
     dhenigan@tobaccofreekids.org
6    SWATI RAWANI (Of Counsel)
     srawani@tobaccofreekids.org
7    1400 I Street, NW, Suite 1200
     Washington, D.C. 20005
8    (202) 296-5469

9    Attorneys for Proposed *Amici Curiae*

10              **IN THE UNITED STATES DISTRICT COURT**

11           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  R.J. REYNOLDS TOBACCO COMPANY;<br>R.J. REYNOLDS VAPOR COMPANY;<br>13  AMERICAN SNUFF COMPANY, LLC;<br>SANTA FE NATUAL TOBACCO<br>14  COMPANY, INC.; PHILIP MORRIS USA<br>INC.; JOHN MIDDLETON CO.; U.S.<br>15  SMOKELESS TOBACCO COMPANY<br>LLC; HELIX INNOVATIONS LLC;<br>16  NEIGHBORHOOD MARKET<br>ASSOCIATION, INC.; AND MORIJA, LLC<br>17  dba VAPIN' THE 619<br><br>18              *Plaintiffs*,<br><br>19                    v.<br><br>20  XAVIER BECERRA, in his official capacity<br>as Attorney General of California; and<br>21  SUMMER STEPHAN, in her official<br>capacity as District Attorney for the County<br>22  of San Diego,<br><br>23              *Defendants*. | No. 20-cv-01990-JLS-WVG<br><br>**BRIEF OF *AMICI CURIAE* IN<br>OPPOSITION TO PLAINTIFFS'<br>MOTION FOR PRELIMINARY<br>INJUNCTION**<br><br>Hearing Date: December 10, 2020<br>Time:          1:30 PM<br>Courtroom:     4D<br><br>Judge:         Janis L. Sammartino<br>Magistrate:    William V. Gallo<br><br>Action Filed:  October 9, 2020<br>Trial Date:    None Set |

24

25

26

27

28

EXHIBIT                                      No. 20-cv-01990-JLS-WVG

# <u>TABLE OF CONTENTS</u>

TABLE OF AUTHORITIES ......................................................................................ii

STATEMENT OF INTEREST OF *AMICI CURIAE* ................................................ 1

INTRODUCTION ................................................................................... 2

ARGUMENT ......................................................................................... 6

    I.     The Health Harms of Continued Sale of Flavored E-Cigarettes Weigh Significantly Against the Grant of an Injunction. .................... 6

           A.     E-Cigarettes Available in Thousands of Flavors Increase Youth Usage and Pose Serious Health Risks to Youth. ............ 6

           B.     The Claimed Risks Posed by California's Prohibition of the Sale of Flavored E-Cigarettes Are Entirely Unsupported and Speculative. .................................................. 10

    II.    An Injunction Would be Harmful to the Health of California Residents by Allowing the Continued Sale of Menthol Cigarettes............................................................................. 13

           A.     Menthol Cigarettes Increase Youth Initiation of Smoking. ..... 14

           B.     Menthol Cigarettes Increase Addiction and Reduce Cessation.................................................................. 16

           C.     Menthol Cigarettes have led to Significant Health Disparities for African Americans............................................ 18

    III.    An Injunction Would Be Harmful to the Health of California Residents by Allowing the Continued Sale of Flavored Cigars. ........ 21

CONCLUSION.................................................................................... 22

i

                                                          No. 20-cv-01990-JLS-WVG

# TABLE OF AUTHORITIES

**Cases**

*CA Smoke & Vape Ass'n v. Cnty. of Los Angeles,*
   CV 20-4065, 2020 WL 4390384 (C.D. Cal. June 9, 2020)..................................4

*E. Bay Sanctuary Covenant v. Trump,*
   950 F.3d 1242, 1271 (9th Cir. 2020) ....................................................................5

*Indep. Gas & Serv. Stations Ass'ns., Inc. v. City of Chicago*,
   112 F.Supp.3d 749 (N.D. Ill. 2015)........................................................................5

*Nat'l Ass'n of Tobacco Outlets, Inc. v. City of Providence*,
   731 F.3d 71 (1st Cir. 2013) ....................................................................................5

*Nicopure Labs LLC v. FDA,*
   944 F.3d 267 (D.C. Cir. 2019) ...............................................................................9

*R.J. Reynolds Tobacco Co. v. City of Edina,*
   No. 20-1402, 2020 WL 5106853, *appeal docketed,* No. 20-2852
   (8th Cir. Sept. 4, 2020) ..........................................................................................4

*R.J. Reynolds Tobacco Co. v. Cnty. of Los Angeles,*
   No. CV 20-4880, 2020 WL 4390375, *dismissed,* No. CV 20-4880,
   2020 WL 5405668, *appeal docketed,* No. 20-55930 (9th Cir. Sept.
   8, 2020)....................................................................................................................4

*U.S. Smokeless Tobacco Mfg. Co. v. City of New York*,
   708 F.3d 428 (2d. Cir. 2013) ..................................................................................5

**Statutes**

21 U.S.C. 387p(a)(1) ...................................................................................................4

**Regulations**

Deeming Tobacco Products To Be Subject to the Federal Food, Drug,
   and Cosmetic Act, as Amended by the Family Smoking Prevention
   Tobacco Control Act; Restrictions on the Sale and Distribution of
   Tobacco Products and Required Warning Statements for Tobacco
   Products,
   81 Fed. Reg. 28,974 (May 20, 2016) (to be codified at 21 C.F.R. pt.
   1100, 1140, 1143)..........................................................................11, 21, 22

EXHIBIT                                                          No. 20-cv-01990-JLS-WVG

Regulation of Flavors in Tobacco Products,
   83 Fed. Reg. 12,294 (proposed Mar. 21, 2018) (to be codified at 21
   C.F.R. pt. 1100, 1140, 1143) ..................................................................passim

**Other Authorities**

Alexa R. Romberg et al.,
   *Patterns of Nicotine Concentrations in Electronic Cigarettes Sold
   in the United States, 2013-2018*, 203 Drug & Alcohol Dependence
   1 (2019)..........................................................................................................11

Allen Hackshaw et al.,
   *Low Cigarette Consumption and Risk of Coronary Heart Disease
   and Stroke: Meta-analysis of 141 Cohort Studies in 55 Study
   Reports*, 360 BMJ j5855 (2018) ........................................................................11

Andrea C. Villanti et al.,
   *Association of Flavored Tobacco Use With Tobacco Initiation and
   Subsequent Use Among US Youth and Adults, 2013-2015*, 2 J. Am.
   Med. Ass'n Network Open e1913804 (2019) ....................................................18

Andrea C. Villanti et al.,
   *Changes in the Prevalence and Correlates of Menthol Cigarette
   Use in the USA, 2004–2014*, 25 Tobacco Control ii14 (2016) ..........................14

Bridget K. Ambrose et al.,
   *Flavored Tobacco Product Use Among US Youth Aged 12-17
   Years, 2013-2014*, 314 J. Am. Med. Ass'n 17 (2015)..........................................2

Campaign for Tobacco-Free Kids,
   *Raising Cigarette Taxes Reduces Smoking, Especially Among Kids
   (and the Cigarette Companies Know It)* (2012)................................................13

Campaign for Tobacco-Free Kids,
   *States & Localities That Have Restricted the Sale of Flavored
   Tobacco Products* (Aug. 5, 2020) ...............................................................10, 12

CDC,
   *About Electronic Cigarettes (E-Cigarettes)*......................................................11

CDC,
   *Coronavirus Disease 2019 (COVID-19) – People with Certain
   Medical Conditions* (Oct. 16, 2020)..................................................................16

EXHIBIT                                             No. 20-cv-01990-JLS-WVG

CDC,
   *COVID-19 in Racial and Ethnic Minority Groups* (2020)................................20

CDC,
   *E-cigarette Use Among Middle and High School Students – United
   States, 2020*, 69 Morbidity & Mortality Wkly. Rep. Surveillance
   Summaries (Sept. 9, 2020) ....................................................3, 6, 7, 22

CDC,
   *Notes from the Field: Use of Electronic Cigarettes and Any
   Tobacco Product Among Middle and High School Students –
   United States, 2011-2018,* 67 Morbidity &Mortality Wkly Rep.
   1276-77 (Nov. 16, 2018) .......................................................3

CDC,
   *QuickStats: Cigarette Smoking Status Among Current Adult E-
   cigarette Users, by Age Group — National Health Interview
   Survey, United States, 2015*, 65 Morbidity & Mortality Wkly. Rep.
   1177 (Oct. 28, 2016)...........................................................11

Christine D. Delnevo et al.,
   *Assessment of Menthol and Nonmenthol Cigarette Consumption in
   the US, 2000 to 2018*, 3 J. Am. Med. Ass'n Network Open
   e2013601 (2020)...............................................................18

Dep't of Treasury,
   *Report to Congress on Federal Tobacco Receipts Lost Due To
   Illicit Trade and Recommendations for Increased Enforcement*
   (2010).........................................................................12

Elizabeth C. Hair et al.,
   *Association Between E-Cigarette Use and Future Combustible
   Cigarette Use: Evidence From a Prospective Cohort of Youth and
   Young Adults, 2017-2019* Addictive Behaviors (2020) ......................10

FDA,
   *Modifications to Compliance Policy for Certain Deemed Products:
   Guidance for Industry, Draft Guidance* (2019) ............................3, 8

FDA,
   *Preliminary Scientific Evaluation of the Possible Public Health
   effects of Menthol versus Nonmenthol Cigarettes* (2013) ...............15, 17

iv

EXHIBIT                                               No. 20-cv-01990-JLS-WVG

Frank J. Chaloupka et al.,
*Macro-Social Influences: The Effects of Prices and Tobacco Control Policies on the Demand for Tobacco Products*, 1(Supp. 1) Nicotine and Tobacco Rsch. S105-09 (1999) ......................................13

Ganna Kostygina et al.,
*Tobacco Industry Use of Flavours to Recruit New Users of Little Cigars and Cigarillos*, 25 Tobacco Control 66 (2016)........................21

Gary A. Giovino et al.,
*Differential Trends in Cigarette Smoking in the USA: Is Menthol slowing Progress?*, 24 Tobacco Control 28-37 (2013)......................18

Greta Zhu et al.,
*Evolution of Electronic Cigarette Brands from 2013-2014 to 2016-2017: Analysis of Brand Websites,* 20 J. Med. Internet Rsch. e80 (2018)..........................................................................................7

Jessica L. Barrington-Trimis et al.,
*Flavorings in Electronic Cigarettes: An Unrecognized Respiratory Health Hazard?*, 312 J. Am. Med. Ass'n 2493 (2014) ........................8

Joanne D'Silva et al.,
*Differences in Subjective Experiences to First Use of Menthol and Nonmenthol Cigarettes in a National Sample of Young Adult Cigarette Smokers*, 20(9) Nicotine & Tobacco Rsch. 1062-1068 (2018)........................................................................................15

Kaitlin M. Berry et al.,
*Association of Electronic Cigarette Use with Subsequent Initiation of Tobacco Cigarettes in U.S. Youths*, 2 J. Am. Med. Ass'n Network Open e187794 (2019) ...........................................................9

Kjell Bjartveit & Aage Tverdal,
*Health Consequences of Smoking 1-4 Cigarettes per Day*, 14 Tobacco Control 315 (2005) ...............................................................11

Laura Barrón-Lopez,
*A New Study Shows Just How Badly Black People Have Been Hit by Covid-19*, Politico (May 5, 2020)...............................................20

Lisa Henriksen et al.,
*Targeted Advertising, Promotion, and Price for Menthol Cigarettes*

v

*in California High School Neighborhoods*, 14 Nicotine Tobacco
Rsch. 116 (2012) ................................................................................... 19

M. Niksic,
*Flavored Smokes: Mmmmm...More Profits?*, Tobacco Retailer
(Apr. 2007). ......................................................................................... 21

Mary T. Bassett et al,
*The Unequal Toll of COVID-19 Mortality by Age in the United
States: Quantifying Racial/Ethnic Disparities*, 1-18 (The Harvard
Ctr. for Population and Dev. Stud. Working Paper Series No. 3,
2020) ..................................................................................................... 20

NASEM,
*Public Health Consequences of E-cigarettes* (2018) ..................... 9, 11

National Research Council,
*Understanding the U.S. Illicit Tobacco Market: Characteristics,
Policy Context, and Lessons from International Experiences,
Committee on the Illicit Tobacco Market: Collection and Analysis
of the International Experience* (2015) ........................................ 12, 13

Nina Schleicher et al., Stanford Prevention Research Center,
*California Tobacco Retail Surveillance Study, 2018,* (2019) ........... 19

Nora Volkow,
*Potential Implications for Individuals with Substance Use
Disorders*, NIDA: Nora's Blog (Apr. 6, 2020) ................................... 3

Office of the Surgeon General, HHS,
*Cardiovascular System, in How Tobacco Smoke Causes Disease:
The Biology and Behavioral Basis for Smoking-Attributable
Disease: A Report of the Surgeon General* (2010) ............................. 8

Office of the Surgeon General, HHS,
*E-Cigarette Use Among Youth and Young Adults, A Report of the
Surgeon General* (2016) ...................................................................... 8

Office of the Surgeon General, HHS,
*The Health Consequences of Smoking - 50 Years of Progress: A
Report of the Surgeon General* (2014) ...................................... 2, 8, 13

vi

Office of the Surgeon General, HHS,
  *The Health Consequences of Smoking: A Report of the Surgeon
  General* (2004) .................................................................................11

Office of the Surgeon General, HHS,
  *Preventing Tobacco Use Among Youth and Young Adults, A Report
  of the Surgeon General* (2012).............................................................7

Office of the Surgeon General, HHS,
  *Smoking Cessation, A Report of the Surgeon General* (2020)............8, 11, 17, 19

Office of the Surgeon General, HHS,
  *Surgeon General's Advisory on E-Cigarette Use Among Youth*
  (2018)..............................................................................................3, 6, 8

Office on Smoking and Health, CDC,
  *Electronic Nicotine Delivery Systems: Key Facts* (2016) ...................8

Sam N. Cwalina et al.,
  *Adolescent Menthol Cigarette Use and Risk of Nicotine
  Dependence: Findings from the National Population Assessment on
  Tobacco and Health (PATH) study*, Drug & Alcohol Dependence
  (2019)................................................................................................17

SAMHSA, HHS,
  *2018 National Survey on Drug Use and Health* (2019)......................21

SAMHSA, HHS,
  *National Survey on Drug Use and Health* (2014)..........................2, 14

Sarah D. Mills et al.,
  *The Relationship Between Menthol Cigarette Use, Smoking
  Cessation and Relapse: Findings from Waves 1 to 4 of the
  Population Assessment of Tobacco and Health Study*, Nicotine &
  Tobacco Rsch. (2020)........................................................................17

Shikha Garg et al.,
  *Hospitalization Rates and Characteristics of Patients Hospitalized
  with Laboratory-Confirmed Coronavirus Disease 2019—COVID-
  NET, 14 States, March 1–30, 2020*, 69 Morbidity & Mortality
  Wkly. Report 458-464 (2020) ............................................................20

EXHIBIT                                                No. 20-cv-01990-JLS-WVG

Shu-Hong Zhu et al.,
  *California Student Tobacco Survey, Results of the Statewide 2017-18 California Student Tobacco Survey* (2019) .......................................................7

Shu-Hong Zhu et al.,
  *Four Hundred and Sixty Brands of E-cigarettes and Counting: Implications for Product Regulation*, 23 Tobacco Control iii3 (2014).......................................................................................................................7

Sunday Azagba et al.,
  *Cigarette Smoking Behavior Among Menthol and Nonmenthol Adolescent Smokers*, 66 Journal of Adolescent Health 545-550 (2020).....................................................................................................................17

Tobacco Products Scientific Advisory Committee, FDA,
  *Menthol Cigarettes and Public Health: Review of the Scientific Evidence and Recommendations* (2011) ...........................................14, 15, 17, 19

World Health Organization,
  *Tobacco Use and COVID-19* (May 11, 2020) ...................................................16

EXHIBIT                                                          No. 20-cv-01990-JLS-WVG

*Amici* public health, medical and community organizations submit this brief in opposition to plaintiffs' motion for preliminary injunction to prevent enforcement of Senate Bill 793 to prohibit the sale of flavored tobacco products in California ("SB 793").

## STATEMENT OF INTEREST OF *AMICI CURIAE*

*Amici* here include the following national, state, and local public health, medical and community organizations: African American Tobacco Control Leadership Council, American Academy of Pediatrics California, American Cancer Society Cancer Action Network, American Heart Association, American Lung Association, American Medical Association, Americans for Nonsmokers' Rights, Breathe California of the Bay Area, Golden Gate, and Central Coast, Breathe Southern California, California Academy of Family Physicians, California Dental Association, California Medical Association, California Public Interest Research Group, California School Nurses Organization, Campaign for Tobacco-Free Kids, Kaiser Permanente, Los Angeles County Medical Association, Parents Against Vaping e-cigarettes, Public Health Law Center and Truth Initiative.

As is evident from the description of the *amici* included in the Appendix to this brief, each of these groups works, on a daily basis, to reduce the devastating health harms of tobacco products.  From pediatricians who counsel their young patients and their parents about the hazards of tobacco use, to organizations with formal programs to urge users to quit, to groups representing parents and families struggling to free young people from nicotine addiction, each of these organizations has a direct and immediate interest in curbing the sale of flavored tobacco products, as well as substantial expertise in the role those products play in enticing young people to tobacco use.  An injunction preventing enforcement of SB 793 would undercut the efforts of these organizations to prevent tobacco use, particularly among the young.  The *amici* are particularly well suited to inform the Court of the full range of community health harms that an injunction would cause, thus

1

1   providing the Court with the most complete information needed for a fair balancing

2   of the hardships in this case and an accurate assessment of the effect of an

3   injunction on the public interest.

4                              **INTRODUCTION**

5          The use of tobacco products is the leading cause of preventable death in the

6   United States, taking upwards of 480,000 lives every year.[1]  The tobacco industry

7   has long understood that almost all new tobacco users begin their addiction as kids.

8   Ninety percent of adult smokers begin smoking in their teens.[2]  The industry has

9   also known that to successfully market their products to young people, flavored

10  products are essential.  No matter what the tobacco product – from cigarettes to

11  cigars to e-cigarettes – flavors significantly increase the appeal of tobacco products

12  to youth.  Data from the U.S. Food and Drug Administration ("FDA")/NIH

13  Population Assessment of Tobacco and Health ("PATH") study found that almost

14  81% of 12-17 year-olds who had ever used a tobacco product initiated use with a

15  flavored product.[3]  For each tobacco product, at least two-thirds of youth reported

16  using these products "because they come in flavors I like."[4]  As the FDA has found,

17  "the availability of tobacco products with flavors at these developmental stages

18  attracts youth to initiate use of tobacco products and may result in lifelong use."[5]

19  Indeed, flavored e-cigarettes have fueled an explosion of e-cigarette use among

20  teens.  The 2020 National Youth Tobacco Survey ("NYTS") showed that almost 1

---

[1] Office of the Surgeon General (OSG), U.S. Department of Health and Human Services (HHS), *The Health Consequences of Smoking - 50 Years of Progress: A Report of the Surgeon General* 2 (2014), https://www.hhs.gov/sites/default/files/consequences-smoking-exec-summary.pdf.
[2] Substance Abuse and Mental Health Services Administration (SAMHSA), HHS. *National Survey on Drug Use and Health* (2014), http://doi.org/10.3886/ICPSR36361.v1.
[3] Bridget K. Ambrose et al., *Flavored Tobacco Product Use Among US Youth Aged 12-17 Years, 2013-2014*, 314 J. Am. Med. Ass'n 17, 1871-3 (2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6467270/.
[4] *Id.*
[5] Regulation of Flavors in Tobacco Products, 83 Fed. Reg. 12,294, 12,295 (proposed Mar. 21, 2018) (to be codified at 21 C.F.R. pt. 1100, 1140, 1143) ("Advance Notice of Proposed Rulemaking")

2

in 5 (19.6%) of high school students are current users of e-cigarettes, a prevalence rate that more than doubled from 2017 to 2019 (from 11.7% to 27.5%).[6,7]  An alarming 3.6 million high school and middle school students are current e-cigarette users – about the same number as when the U.S. Surgeon General first called youth e-cigarette use an "epidemic" in 2018.[8]  PATH study data shows that *97% of current youth e-cigarette users had used a flavored product in the last month*.[9]

By enacting SB 793, California seeks to protect its residents – and particularly its young people – from the continuing and increasing scourge of flavored tobacco products that lure millions into a lifetime of addiction that contributes to significant disease and death.  Plaintiffs seek an injunction that would deprive Californians of that vital public health protection.  Moreover, plaintiffs seek an injunction at a time when our nation continues to be ravaged by the horrific spread of the novel coronavirus and COVID-19 – a deadly respiratory illness that has taken over 230,000 American lives, while affecting daily life in unprecedented ways.  Dr. Nora Volkow, Director of the U.S. National Institute on Drug Abuse, has observed that "[b]ecause it attacks the lungs, the coronavirus that causes COVID-19 could be an especially serious threat to those who smoke tobacco or marijuana or who vape . . . ."[10]  Never has it been more important to curb the sale of flavored

---

[6] CDC, *E-cigarette Use Among Middle and High School Students – United States, 2020*, 69 Morbidity & Mortality Wkly. Rep. Surveillance Summaries (Sept. 9, 2020), https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6937e1-H.pdf.

[7] CDC, *Notes from the Field: Use of Electronic Cigarettes and Any Tobacco Product Among Middle and High School Students – United States, 2011-2018*, 67 Morbidity &Mortality Wkly Rep. 1276-77 (Nov. 16, 2018), https://www.cdc.gov/mmwr/volumes/67/wr/mm6745a5.htm?s_cid=mm6745a5_w .

[8] OSG, HHS, *Surgeon General's Advisory on E-Cigarette Use Among Youth*, (2018), https://e-cigarettes.surgeongeneral.gov/documents/surgeon-generals-advisory-on-e-cigarette-use-among-youth-2018.pdf.

[9] FDA, *Modifications to Compliance Policy for Certain Deemed Products: Guidance for Industry, Draft Guidance*, at 9 (Mar. 13, 2019), https://beta. regulations.gov/document/FDA-2019-D-0661-0003.

[10] Nora Volkow, *Potential Implications for Individuals with Substance Use Disorders*, NIDA: Nora's Blog (Apr. 6, 2020), https://www.drugabuse.gov/about-nida/noras-blog/2020/04/covid-19-potential-implications-individuals-substance-use-disorders.

3

tobacco products that lure kids to smoking and vaping.  Yet the injunction sought by plaintiffs would not only permit the continued sale of flavored e-cigarettes in California, but also the sale of mentholated cigarettes, flavored cigars and other flavored tobacco products.

The Food, Drug and Cosmetic Act, as amended by the Family Smoking Prevention and Tobacco Control Act ("Tobacco Control Act") confers authority on the FDA to regulate the manufacture of tobacco products through the issuance of product standards, while expressly preserving to states and localities their traditional broad authority to protect the health of their citizens by regulating the retail sale of finished tobacco products.  21 U.S.C. § 387p(a)(1).  Most recently, federal preemption challenges virtually identical to the one at issue here, one brought by certain plaintiffs in this action, were rejected by another California federal district court in *R.J. Reynolds Tobacco Co. v. County of Los Angeles,* No. CV 20-4880, 2020 WL 4390375, at *5 (C.D. Cal. July 13, 2020) (order denying plaintiffs' motion for preliminary injunction) ("A prohibition on the sale of a distinct product is simply not a product standard."), *dismissed,* No. CV 20-4880, 2020 WL 5405668, at *3 (C.D. Cal. Aug. 7, 2020) (order granting defendants' motion to dismiss and denying plaintiffs' motion for summary judgment as moot), *appeal docketed,* No. 20-55930 (9th Cir. Sept. 8, 2020), and in *CA Smoke & Vape Ass'n v. County of Los Angeles*, No. CV 20-4065, 2020 WL 4390384 (C.D. Cal. June 9, 2020) (order denying plaintiffs' motion for preliminary injunction); No. CV 20-4065 (C.D. Cal. Aug. 7, 2020) (order granting defendants' motion to dismiss). Indeed, every court that has considered the issue has found that sales restrictions on flavored tobacco products are not preempted by federal law.  *See also R.J. Reynolds Tobacco Co. v. City of Edina,* No. 20-1402, 2020 WL 5106853 (D. Minn. Aug. 31, 2020) (upholding city ordinance restricting flavored tobacco products and finding that the ordinance was not expressly or impliedly preempted), *appeal docketed,* No. 20-2852 (8th Cir. Sept. 4, 2020); *U.S. Smokeless Tobacco Mfg. Co. v. City of New*

EXHIBIT                                                              No. 20-cv-01990-JLS-WVG

*York*, 708 F.3d 428, 433-35 (2d. Cir. 2013) (upholding local sales restrictions on flavored tobacco products because their application to a particular product "depends on its characteristics as an end product, and not on whether it was manufactured in a particular way or with particular ingredients."); *Nat'l Ass'n of Tobacco Outlets, Inc. v. City of Providence*, 731 F.3d 71, 83, n.11 (1st Cir. 2013) (upholding local restrictions on sale of flavored tobacco products, given "Congress' decision to exempt sales regulations from preemption. . . ."); *Indep. Gas & Serv. Stations Ass'ns, Inc. v. City of Chicago*, 112 F.Supp.3d 749, 754 (N.D. Ill. 2015) (upholding Chicago's flavored tobacco sales restrictions as exempt from Tobacco Control Act preemption provision because Chicago ordinance "regulates flavored tobacco products without regard for how they are manufactured" and is "not a command to implement particular manufacturing standards"). SB 793, because it does not operate as a command to manufacturers limiting how a product is manufactured or what ingredients it may contain, in no way interferes with FDA authority to set product standards. Far from interfering with the federal regulatory scheme, SB 793 advances the Tobacco Control Act's "objective of reducing the use and harmfulness of tobacco products, especially among young people." *U.S. Smokeless Tobacco*, 708 F.3d at 436. Thus, plaintiffs are unlikely to succeed on the merits of their preemption claim.

*Amici* focus here on the public interest factors to be weighed by the Court in determining whether to grant a preliminary injunction: the balance of the equities and whether an injunction would serve the public interest, two factors that merge when the government is a party.[11] Plaintiffs' claims of irreparable harm are either dependent on the validity of their preemption argument, which has no merit, or the financial loss of being deprived of the ability to continue to sell tobacco products that, as the discussion *infra* shows, cause significant harm to public health. As the

---

[11] *See E. Bay Sanctuary Covenant v. Trump,* 950 F.3d 1242, 1271 (9th Cir. 2020) ("When the government is a party, the last two factors (equities and public interest) merge.").

*amici* here demonstrate, plaintiffs' alleged financial harm is far outweighed by the health harms long suffered by California residents due to flavored tobacco products. Plaintiffs argue that an injunction would simply "preserve the status quo," Mem. of P. & A. in Supp. of Pls.' Mot. for Prelim. Inj. at 25, ECF No. 6-1 ("Pls.' Mem."), but that status quo consists of continuing and substantial harm to public health. By this brief, *amici* seek to inform the Court of the scope of the harm to public health that would be inflicted by an injunction allowing the continued sale of flavored tobacco products in California. Because of that harm, a preliminary injunction would be profoundly contrary to the public interest.

## ARGUMENT

### I.    The Health Harms of Continued Sale of Flavored E-Cigarettes Weigh Significantly Against the Grant of an Injunction.

#### A. E-Cigarettes Available in Thousands of Flavors Increase Youth Usage and Pose Serious Health Risks to Youth.

The most dramatic surge in youth usage of flavored tobacco products has occurred with e-cigarettes,[12] the most commonly used tobacco product among U.S. youth since 2014.[13] In December 2018, Surgeon General Jerome Adams issued an advisory on e-cigarette use among youth, declaring the growing problem an "epidemic."[14]

Young people are not just experimenting with e-cigarettes but are using them frequently. Data from the 2020 NYTS show that an increasing proportion of current youth e-cigarette users are using these products on a frequent (on at least 20 of the preceding 30 days) or daily basis. In 2020, 38.9% of high school e-cigarette

---

[12] By "e-cigarettes," *amici* refer to the full range of devices within the scope of Section 104495(a)(8)(A)(ii) of the California Health and Safety Code, as incorporated by the definition of "tobacco product" in SB 793.

[13] CDC, *supra* note 6.

[14] OSG, HHS, *Surgeon General's Advisory on E-Cigarette Use Among Youth* (2018), https://e-cigarettes.surgeongeneral.gov/documents/surgeon-generals-advisory-on-e-cigarette-use-among-youth-2018.pdf.

EXHIBIT                                                                                        No. 20-cv-01990-JLS-WVG

users reported frequent use (up from 34.2% in 2019).[15]  Even more alarming, 22.5% of high school e-cigarette users reported *daily* use, a strong indication of deep addiction.[16]  In total, 1.3 million middle and high school students are frequent users of e-cigarettes, including over 700,000 daily users.[17]  Trends in e-cigarette use in California mirror the trends seen nationwide.  According to the California Student Youth Tobacco Survey, e-cigarettes are the most commonly used tobacco product among youth in California.[18]

Tobacco companies have a long history of using flavors to reduce the harshness of their products and make them more appealing to new users, almost all of whom are under age 18.[19]  In recent years, companies have extended this strategy to the emerging market for e-cigarettes.  As of 2017, researchers had identified more than 15,500 unique e-cigarette flavors available online.[20]  An earlier study of e-cigarette flavors found that among the more than 400 brands available online in 2014, 84% offered fruit flavors and 80% offered candy and dessert flavors.[21]  E-liquids are being sold in such kid-friendly options as cotton candy, peanut butter cup, and gummy bear.  The data confirm that flavors play a major role in youth initiation and use of e-cigarettes.  The 2020 Surgeon General Report on smoking cessation notes that "the role of flavors in promoting initiation of tobacco product use among youth is well established . . . and appealing flavor is cited by youth as

---

[15] CDC, *supra* note 6.

[16] *Id.*

[17] *Id.*

[18] Shu-Hong Zhu et al., *California Student Tobacco Survey, Results of the Statewide 2017-18 California Student Tobacco Survey*, 6 (2019), http://publichealth.lacounty.gov/tob/pdf/Tobacco_Use_among_High_School_Students_in_Los_Angeles_County_Findings_from_the_2017-18_CSTS.pdf.

[19] OSG, HHS, *Preventing Tobacco Use Among Youth and Young Adults, A Report of the Surgeon General* 483-628 (2012), https://www.ncbi.nlm.nih.gov/books/NBK99237/pdf/Bookshelf_NBK99237.pdf.

[20] Greta Zhu et al., *Evolution of Electronic Cigarette Brands from 2013-2014 to 2016-2017: Analysis of Brand Websites,* 20 J. Med. Internet Rsch. e80 (2018), https://www.jmir.org/2018/3/e80/.

[21] Shu-Hong Zhu et al., *Four Hundred and Sixty Brands of E-cigarettes and Counting: Implications for Product Regulation*, 23 Tobacco Control iii3 (2014), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4078673/.

EXHIBIT                                                                      No. 20-cv-01990-JLS-WVG

one of the main reasons for using e-cigarettes."[22]  As noted above, data from the 2016–17 wave of the government's PATH study found that 97% of current youth e-cigarette users had used a flavored e-cigarette in the past month.[23]

Flavored e-cigarettes and refill liquids typically contain nicotine, a highly addictive drug that can have lasting damaging effects on adolescent brain development.[24]  According to the Surgeon General's 2018 *Advisory on E-cigarette Use Among Youth*, "[n]icotine exposure during adolescence can impact learning, memory and attention," and "can also increase risk for future addiction to other drugs."[25]  Nicotine also impacts the cardiovascular system.[26]  The Surgeon General has warned that, "[t]he use of products containing nicotine in any form among youth, including in e-cigarettes, is unsafe."[27]  Flavorings in e-cigarettes can pose additional health hazards.  According to the Surgeon General, some of the flavorings found in e-cigarettes have been shown to cause serious lung disease when inhaled.[28]  An article in the *Journal of the American Medical Association* raised concerns that the chemical flavorings found in some e-cigarettes and e-liquids could cause respiratory damage when the e-cigarette aerosol is inhaled

---

[22] OSG, HHS, *Smoking Cessation, A Report of the Surgeon General*, at 611 (2020), https://www.hhs.gov/sites/default/files/2020-cessation-sgr-full-report.pdf.
[23] FDA, *supra* note 9.
[24] OSG, *supra* note 1; *see also* Office on Smoking and Health, CDC, *Electronic Nicotine Delivery Systems: Key Facts* (2016), https://www.cdc.gov/tobacco/stateandcommunity/pdfs/ends-key-facts-oct-2016.pdf.
[25] OSG, *supra* note 8, at 1.
[26] OSG, HHS, *Cardiovascular System, in How Tobacco Smoke Causes Disease: The Biology and Behavioral Basis for Smoking-Attributable Disease: A Report of the Surgeon General* (2010), https://www.ncbi.nlm.nih.gov/books/NBK53012/.
[27] OSG, HHS, *E-Cigarette Use Among Youth and Young Adults, A Report of the Surgeon General* (2016), https://e-cigarettes.surgeongeneral.gov/documents/2016_SGR_Full_Report_non-508.pdf.
[28] OSG, HHS, *Surgeon General's Advisory on E-Cigarette Use Among Youth* (2018), https://e-cigarettes.surgeongeneral.gov/documents/surgeon-generals-advisory-on-e-cigarette-use-among-youth-2018.pdf.

EXHIBIT                                                                    No. 20-cv-01990-JLS-WVG

deeply into the lungs.[29]  In *Nicopure Labs, LLC v. FDA,* the U.S. Court of Appeals for the D.C. Circuit relied on findings that flavors in e-cigarettes are harmful in upholding the application of FDA's premarket review process to e-cigarettes.  944 F.3d 267 (D.C. Cir. 2019). Specifically, the court found that:

> Aldehydes, "a class of chemicals that can cause respiratory irritation" and "airway constriction," appear in many flavored e-cigarettes, including cotton candy and bubble gum. One study found that the flavors "dark chocolate" and "wild cherry" exposed e-cigarette users to more than twice the recommended workplace safety limit for two different aldehydes. Like secondary smoke inhalation from conventional cigarettes, exhaled aerosol from e-cigarettes may include nicotine and other toxicants that can pose risks for non-users.

*Id.* at 274 (internal citations omitted).

Use of e-cigarettes also may function as a gateway to the use of conventional cigarettes and other combustible tobacco products, thereby undermining decades of progress in curbing youth smoking.  A 2018 report by the National Academies of Science, Engineering and Medicine ("NASEM") found "substantial evidence that e-cigarette use increases risk of ever using combustible tobacco cigarettes among youth and young adults."[30]  A nationally representative analysis found that from 2013 to 2016, youth e-cigarette use was associated with more than four times the odds of trying combustible cigarettes and nearly three times the odds of current combustible cigarette use.  The researchers estimated that this translates to over 43,000 current youth combustible cigarette smokers who might not have become smokers without e-cigarettes,[31] during a period prior to the recent explosion of youth e-cigarette use.  The evidence supporting this gateway effect continues to

---

[29] Jessica L. Barrington-Trimis et al., *Flavorings in Electronic Cigarettes: An Unrecognized Respiratory Health Hazard?*, 312 J. Am. Med. Ass'n 2493 (2014), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4361011/.

[30] National Academies of Sciences, Engineering, and Medicine (NASEM), *Public Health Consequences of E-cigarettes* 10 (2018) https://www.ncbi.nlm.nih.gov/books/NBK507171/pdf/Bookshelf_NBK507171.pdf.

[31] Kaitlin M. Berry et al., *Association of Electronic Cigarette Use with Subsequent Initiation of Tobacco Cigarettes in U.S. Youths*, 2 J. Am. Med. Ass'n Network Open e187794 (2019), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2723425.

EXHIBIT                                      No. 20-cv-01990-JLS-WVG

mount.  For example, a 2020 Truth Initiative study shows that youth and youth adults ages 15-27 who had ever used e-cigarettes had seven times higher odds of starting to smoke combustible cigarettes one year later compared with those who had never used e-cigarettes.[32]

Thus, given the fast-spreading epidemic of youth e-cigarette use, driven by the appeal of flavored products, the implementation of SB 793 is critical to California's efforts to protect its young people from the addictive and other harmful effects of e-cigarettes.

### B. The Claimed Risks Posed by California's Prohibition of the Sale of Flavored E-Cigarettes Are Entirely Unsupported and Speculative.

Plaintiffs assert that an injunction against SB 793 would "avoid public health risks" because a prohibition of the sale of flavored e-cigarettes "could drive adult users to riskier combustible cigarettes or worse, the black market."  Pls.' Mem. at 2. This claim is made with no support whatsoever.  There is no reason to believe that these risks are substantial or would outweigh the well-established harm to public health from the continued sale of non-tobacco flavored e-cigarette products.

First, plaintiffs do not cite to any data showing that e-cigarette users have been driven to combustible cigarettes in any of the many jurisdictions that, like SB 793, have banned the sales of flavored e-cigarettes, while allowing tobacco-flavored products.[33]  In fact, tobacco-flavored e-cigarettes were the single most widely-used flavor on the market through 2017, comprising 30–40% of the retail

---

[32] Elizabeth C. Hair et al., *Association Between E-Cigarette Use and Future Combustible Cigarette Use: Evidence From a Prospective Cohort of Youth and Young Adults, 2017-2019* 112 Addictive Behaviors (2020), https://www.sciencedirect.com/science/article/pii/S0306460320307231?via%3Dihub.

[33] The jurisdictions that have taken action against flavored e-cigarettes are set out in Campaign for Tobacco-Free Kids, *States & Localities That Have Restricted the Sale of Flavored Tobacco Products* (Aug. 5, 2020), https://www. tobaccofreekids.org/assets/factsheets/0398.pdf.

10

EXHIBIT                                                      No. 20-cv-01990-JLS-WVG

market.[34] SB 793 continues to allow the sale of tobacco-flavored e-cigarettes, thus accommodating smokers who wish to switch to e-cigarettes.

Second, the data shows that smokers are not using e-cigarettes to quit smoking.  The recent Surgeon General's report on smoking cessation summarized the existing evidence, concluding that "there is presently inadequate evidence to conclude that e-cigarettes, in general, increase smoking cessation."[35]  Moreover, according to the CDC, most adult e-cigarette users are dual users, i.e., they continue to smoke cigarettes.[36]  Dual use, even with cutting back the number of cigarettes smoked, still elevates smokers' health risks for conditions like cardiovascular disease.[37]  NASEM found that dual use of cigarettes and e-cigarettes "is not a proven method for combustible tobacco cigarette cessation."[38]  The FDA reached the same conclusion, finding that "systematic reviews of available evidence indicate that there is currently insufficient data to draw a conclusion about the efficacy of e-cigarettes as a cessation device."[39]  The agency cited studies finding that cigarette

---

[34] Alexa R. Romberg et al., *Patterns of Nicotine Concentrations in Electronic Cigarettes Sold in the United States, 2013-2018*, 203 Drug & Alcohol Dependence 1 (2019), https://www.sciencedirect.com/science/article/abs/pii/ S0376871619302571?via%3Dihub.

[35] OSG Report 2020, *supra* note 22, at 23.

[36] CDC, *QuickStats: Cigarette Smoking Status Among Current Adult E-cigarette Users, by Age Group — National Health Interview Survey, United States, 2015*, 65 Morbidity & Mortality Wkly. Rep. 1177 (Oct. 28, 2016), https://www.cdc.gov/mmwr/volumes/65/wr/mm6542a7.htm; *see also* CDC, *About Electronic Cigarettes (E-Cigarettes)* (last visited May 18, 2020), https://www.cdc.gov/tobacco/basic_information/e-cigarettes/about-e-cigarettes.html#who-is-using-e-cigarettes.

[37] Kjell Bjartveit & Aage Tverdal, *Health Consequences of Smoking 1-4 Cigarettes per Day*, 14 Tobacco Control 315 (2005), https://tobaccocontrol.bmj.com/content/14/5/315; Allen Hackshaw et al., *Low Cigarette Consumption and Risk of Coronary Heart Disease and Stroke: Meta-Analysis of 141 Cohort Studies in 55 Study Reports*, 360 BMJ j5855 (2018), https://www.bmj.com/content/360/bmj.j5855.long; OSG, HHS, *The Health Consequences of Smoking: A Report of the Surgeon General* 361-407 (2004) https://www.cdc.gov/tobacco/data_statistics/sgr/2004/index.htm.

[38] NASEM, *supra* note 30, at 617.

[39] Deeming Tobacco Products To Be Subject to the Federal Food, Drug, and Cosmetic Act, as Amended by the Family Smoking Prevention Tobacco Control Act; Restrictions on the Sale and Distribution of Tobacco Products and Required

11

EXHIBIT                                                      No. 20-cv-01990-JLS-WVG

smokers who also used e-cigarettes had statistically significantly worse quit rates than those cigarette smokers who did not use e-cigarettes.[40]  The fact is that no e-cigarette has been approved as a smoking cessation drug or device by the FDA.

Moreover, plaintiffs offer no evidence that *flavors* in e-cigarettes play any role in smoking cessation.  There has not been a single randomized controlled trial to assess the impact of flavored versus non-flavored or tobacco-flavored e-cigarettes on smoking cessation outcomes.

Plaintiffs also speculate that SB 793 "could also drive consumers to the black market."  Pls.' Mem. at 25.  They cite to no evidence indicating that this has happened in any of the four states (Massachusetts, New Jersey, New York and Rhode Island), or in the over 90 localities, that have prohibited the sale of non-tobacco flavored e-cigarettes and other flavored tobacco products, including menthol cigarettes.[41]  Plainly, sustaining a robust illegal market in flavored e-cigarettes and other flavored products would be inherently difficult because the products would be readily identifiable as flavored, and therefore illegal to sell, from their packaging and from the products themselves.  Moreover, the illegal market could only be sustained by the large-scale *manufacture* of illegal products, an enterprise that would be especially difficult to conceal.  Plaintiffs refer to the current black market for tobacco products, Pls.' Mem. at 25, but that largely involves the illegal interstate movement of legally manufactured cigarettes to avoid taxation in states with relatively high tobacco taxes.[42]  The current illegal market

---

Warning Statements for Tobacco Products, 81 Fed. Reg. 28,974, 29,037 (May 20, 2016) (to be codified at 21 C.F.R. pt. 1100, 1140, 1143) ("Deeming Rule").
    [40] *Id.* at 29,028, 29,037.
    [41] For a listing of the jurisdictions that have imposed restrictions on flavored e-cigarettes and menthol cigarettes, *see supra* note 33.
    [42] National Research Council (NRC), *Understanding the U.S. Illicit Tobacco Market: Characteristics, Policy Context, and Lessons from International Experiences, Committee on the Illicit Tobacco Market: Collection and Analysis of the International Experience* 27 (2015), https://doi.org/10.17226/19016 (NRC Report); Dep't of Treasury, *Report to Congress on Federal Tobacco Receipts Lost Due To Illicit Trade and Recommendations for Increased Enforcement* 2 (2010) (Congress wrote "[i]t should also be noted at the outset, that a significant

EXHIBIT                                                                        No. 20-cv-01990-JLS-WVG

does not require illegal manufacturing of contraband products; moreover, it is possible to disguise the illegality of products trafficked to avoid state taxes through the use of counterfeit tax stamps.  Even so, studies have shown that, whatever illegal market in cigarettes currently exists to avoid high state cigarette taxes is not sufficient to nullify the public health benefits of those taxes.[43]

Therefore, given the entirely speculative nature of the claimed risks to public health from prohibiting non-tobacco flavored e-cigarettes and other flavored tobacco products, the concrete and well-documented health risks of flavored e-cigarettes, particularly to youth, weigh heavily against the issuance of an injunction against SB 793.

## II.    An Injunction Would be Harmful to the Health of California Residents by Allowing the Continued Sale of Menthol Cigarettes.

Menthol cigarettes are a substantial threat to public health because they increase the risk of youth initiation of smoking, increase addiction, and disproportionately affect the African American community, thus exacerbating serious health disparities.  Because the injunction sought by plaintiffs would expose the residents of California to the continued health harms of menthol cigarettes, it is decisively contrary to the public interest.

---

component of illicit tobacco trade in the United States is the illegal shipment of tobacco products from low-tax States to high-tax states, in order to evade state taxes.").

[43] The strong consensus of economic studies is that every 10% increase in the real price of cigarettes reduces overall cigarette consumption by approximately 3-5%, reduces the number of young-adult smokers by 3.5%, and reduces the number of kids who smoke by 6-7%.  *See generally,* Frank J. Chaloupka et al., *Macro-Social Influences: The Effects of Prices and Tobacco Control Policies on the Demand for Tobacco Products*, 1(Supp. 1) Nicotine and Tobacco Rsch. S105-09 (1999), https://pubmed.ncbi.nlm.nih.gov/11072413/; Campaign for Tobacco-Free Kids, *Raising Cigarette Taxes Reduces Smoking, Especially Among Kids (and the Cigarette Companies Know It)*, https://www.tobaccofreekids.org/assets/factsheets/0146.pdf (and sources therein) (last updated June 15, 2020); NRC Report, *supra* note 41 at 27 ("even though tax avoidance and tax evasion might increase in response to higher taxes, the losses from those actions would be less than the gains from higher taxes."); SG Report 2014, *supra* note 1, at 789.

EXHIBIT                                                                              No. 20-cv-01990-JLS-WVG

**A. Menthol Cigarettes Increase Youth Initiation of Smoking.**

Although the tobacco companies know that almost all new tobacco users begin their addiction as kids, they also know that, to novice smokers, tobacco smoke can be harsh and unappealing.  By masking the harshness and soothing the irritation caused by tobacco smoke, menthol cigarettes make it easier for beginners to experiment with cigarettes and ultimately become addicted.  Thus, young smokers are more likely to use menthol cigarettes than any other age group.  Over half of youth smokers ages 12-17 use menthol cigarettes, compared to less than one-third of smokers aged 35 and older.[44]  As the FDA has observed, "[m]ultiple studies show a greater use of menthol cigarettes by younger smokers and less usage among older smokers."[45]  The FDA's Tobacco Products Scientific Advisory Committee (TPSAC), after an extensive study of the public health impact of menthol cigarettes, concluded in a 2011 Report that menthol cigarettes increase the number of children who experiment with cigarettes and the number who become regular smokers, increasing overall youth smoking, and that young people who initiate using menthol cigarettes are more likely to become addicted and become long-term daily smokers.[46]  Since 90% of adult smokers begin smoking in their teens,[47] as a starter product for the young, menthol cigarettes are critical to the tobacco industry's need to recruit "replacement smokers" for the half of long-term smokers who eventually die from tobacco-related disease.  In its 2011 TPSAC

---

[44] Andrea C. Villanti et al., *Changes in the Prevalence and Correlates of Menthol Cigarette Use in the USA, 2004–2014*, 25 Tobacco Control ii14 (2016), https://pubmed.ncbi.nlm.nih.gov/27729565/.

[45] Advance Notice of Proposed Rulemaking, *supra* note 5, at 12,296.

[46] Tobacco Products Scientific Advisory Committee (TPSAC), FDA, *Menthol Cigarettes and Public Health: Review of the Scientific Evidence and Recommendations* at 136, 199-202 (2011), https://wayback.archive-it.org/7993/20170405201731/https://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/TobaccoProductsScientificAdvisoryCommittee/UCM269697.pdf (TPSAC Menthol Report).

[47] Substance Abuse and Mental Health Services Administration (SAMHSA), HHS, *National Survey on Drug Use and* Health, 2014, https://doi.org/10.3886/ICPSR36361.v1.

14

Menthol Report, TPSAC projected that by 2020, about 2.3 million people will have started smoking because of menthol cigarettes, leading to 17,000 premature deaths.[48]   TPSAC concluded that "[r]emoval of menthol cigarettes from the marketplace would benefit public health in the United States."[49]

Two years after issuance of the TPSAC Menthol Report, FDA completed its own independent, peer-review evaluation of the available science concerning menthol cigarettes.  FDA evaluated the peer-reviewed literature, industry submissions and other materials provided to TPSAC and commissioned additional analyses.  FDA's *Preliminary Scientific Evaluation of the Possible Public Health Effects of Menthol versus Nonmenthol Cigarettes* (FDA Report) reached the overall conclusion, consistent with TPSAC's, that it is "likely that menthol cigarettes pose a public health risk above that seen with nonmenthol cigarettes."[50]

Since the reports from TPSAC and FDA, research has continued to demonstrate the popularity of menthol cigarettes among youth and menthol's role in smoking initiation.  A 2016 study demonstrated that youth smokers are more likely to use menthol cigarettes than any other age group and over half (54%) of youth smokers ages 12-17 use menthol cigarettes, compared to less than one-third of smokers ages 35 and older.[51]  Data from Truth Initiative's Young Adult Cohort Study, a national study of 18-34 year olds, showed that 52% of new young adult smokers initiated with menthol cigarettes.  Initiation with menthol cigarettes was higher among black smokers (93.1%) compared to white smokers (43.9%).[52]

---

[48] TPSAC Menthol Report, *supra* note 46, at 221.
[49] TPSAC Menthol Report, *supra* note 46, at 225.
[50] FDA, *Preliminary Scientific Evaluation of the Possible Public Health effects of Menthol versus Nonmenthol Cigarettes*, 2013, https://www.fda.gov/media/86497/download (FDA Report).
[51] Andrea C. Villanti et al., *Changes in the Prevalence and Correlates of Menthol Cigarette Use in the USA, 2004–2014*, 25 Tobacco Control ii14, 2016, https://pubmed.ncbi.nlm.nih.gov/27729565/.
[52] Joanne D'Silva et al., *Differences in Subjective Experiences to First Use of Menthol and Nonmenthol Cigarettes in a National Sample of Young Adult Cigarette Smokers*, 20 Nicotine & Tobacco Rsch. 9, 1062-1068 (2018) https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6093322/.

EXHIBIT                                                                                    No. 20-cv-01990-JLS-WVG

The impact of menthol cigarettes in attracting kids, and keeping them addicted, has profoundly adverse effects on their health.  The FDA has written that "smoking cigarettes during adolescence is associated with lasting cognitive and behavioral impairments, including effects on working memory in smoking teens and alterations in the prefrontal attentional network in young adult smokers."[53] "Use of tobacco products," according to the FDA, "puts youth and young adults at greater risk for future health issues, such as coronary artery disease, cancer, and other known tobacco-related diseases.  Youth and young adult . . . cigarette smokers also are at increased risk for future marijuana and illicit drug use, developmental and mental health disorders, reduced lung growth and impaired function, increased risk of asthma, and early abdominal aortic atherosclerosis."[54]

Moreover, there is no question that increased smoking prevalence due to menthol cigarettes is of heightened concern because of the COVID-19 pandemic.  According to the Centers for Disease Control and Prevention, "Being a current or former cigarette smoker increases your risk of severe illness from COVID-19."[55] The World Health Organization has found that "smokers are more likely to develop severe disease with COVID-19 compared to non-smokers."[56]  Thus, as important to public health as a prohibition of the sale of menthol cigarettes was before the current pandemic, it is even more vital now.

### B. Menthol Cigarettes Increase Addiction and Reduce Cessation.

The TPSAC and FDA Reports found that, in addition to increasing initiation of smoking among young people, menthol cigarettes are associated with increased nicotine dependence and reduced success in smoking cessation, particularly among

---

[53] Advance Notice of Proposed Rulemaking, *supra* note 5, at 12,295.
[54] *Id.* at 12,295-96.
[55] CDC, *Coronavirus Disease 2019 (COVID-19) – People with Certain Medical Conditions* (Oct. 16, 2020), https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html.
[56] World Health Organization, *Tobacco Use and COVID-19* (May 11, 2020), https://www.who.int/news-room/detail/11-05-2020-who-statement-tobacco-use-and-covid-19.

16

African American smokers.[57]

More recent research bolsters these findings. The 2020 Surgeon General's Report on smoking cessation cited numerous studies finding an association between menthol use and lower cessation rates. The report concluded that the evidence is suggestive that restricting menthol products would lead to increased smoking cessation.[58] Recent research analyzing four waves of data from the government's PATH study shows that among daily smokers, menthol cigarette smokers have a 24% lower odds of quitting as compared to non-menthol smokers. Among daily smokers, African American menthol smokers had a 53% lower odds of quitting compared to African American non-menthol smokers, while white menthol smokers had a 22% lower odds of quitting compared to white non-menthol smokers.[59] This study is one of the most robust longitudinal and nationally representative assessments of the relationship between menthol and cessation.

Data from the 2017 and 2018 NYTS shows that among middle and high school students, menthol smoking was associated with greater smoking frequency (smoking on at least 10 of the last 30 days) and intention to continue smoking, compared to non-menthol smoking.[60] Data from the government PATH study shows that youth menthol smokers have significantly higher levels of certain measures of dependence,[61] and that initiation with a menthol-flavored cigarette is

[57] TPSAC Menthol Report, *supra* note 46 at 49; FDA Report, *supra* note 50 at 6.

[58] Office of the Surgeon General, HHS, *Smoking Cessation, A Report of the Surgeon General*, 2020, https://www.hhs.gov/sites/default/files/2020-cessation-sgr-full-report.pdf.

[59] Sarah D. Mills et al., *The Relationship Between Menthol Cigarette Use, Smoking Cessation and Relapse: Findings from Waves 1 to 4 of the Population Assessment of Tobacco and Health Study*, Nicotine & Tobacco Rsch. (Oct. 16, 2020), https://doi.org/10.1093/ntr/ntaa212.

[60] Sunday Azagba et al., *Cigarette Smoking Behavior Among Menthol and Nonmenthol Adolescent Smokers*, 66 Journal of Adolescent Health 545-550 (2020), https://pubmed.ncbi.nlm.nih.gov/31964612/.

[61] Sam N. Cwalina et al., *Adolescent Menthol Cigarette Use and Risk of Nicotine Dependence: Findings from the National Population Assessment on Tobacco and Health (PATH) Study*, Drug & Alcohol Dependence (2019), https://www.sciencedirect.com/science/article/pii/S0376871619304922.

17

1    associated with a higher relative risk of daily smoking.[62]

2         The difficulty that menthol smokers have in quitting is reflected in national

3    smoking prevalence trends.  From 2008 to 2014, smoking rates generally declined,

4    but the proportion of smokers using menthol cigarettes increased significantly.

5    Menthol smoking rates have increased among young adults and remained constant

6    among youth and older adults, while non-menthol smoking has decreased in all

7    three age groups.[63]  Overall, about four out of ten (38.8%) smokers used menthol

8    cigarettes in 2012-2014, an increase from 34.7% in 2008-2010.[64]  Sales trends echo

9    the patterns seen in menthol smoking prevalence.  Between 2009 and 2018, sales of

10   non-menthol cigarettes have declined by 33.1% nationally while sales of menthol

11   cigarettes have declined by only 8.2% during the same period.[65]  Of the decline in

12   cigarette sales between 2009 and 2018, 91% is attributable to non-menthol

13   cigarettes.[66]

### C. Menthol Cigarettes have led to Significant Health Disparities for African Americans.

16        In addition to leading millions of youth into tobacco addiction, menthol

17   cigarettes have played an especially pernicious role in victimizing the African

18   American community.  Dating back to the 1950s, the tobacco industry has targeted

19   African Americans with marketing for menthol cigarettes through sponsorship of

---

[62] Andrea C. Villanti et al., *Association of Flavored Tobacco Use With Tobacco Initiation and Subsequent Use Among US Youth and Adults, 2013-2015*, 2 J. Am. Med. Ass'n Network Open e1913804, 2019, https://jamanetwork.com/journals/ jamanetworkopen/fullarticle/2753396.

[63] Gary A. Giovino et al., *Differential Trends in Cigarette Smoking in the USA: Is Menthol slowing Progress?*, 24 Tobacco Control 28-37 (2013), https://tobaccocontrol.bmj.com/content/tobaccocontrol/24/1/28.full.pdf

[64] *Id.*

[65] Christine D. Delnevo et al., *Assessment of Menthol and Nonmenthol Cigarette Consumption in the US, 2000 to 2018*, 3 J. Am. Med. Ass'n Network Open e2013601, 2020, https://jamanetwork.com/journals/jamanetworkopen/ fullarticle/2769132.

[66] *Id.*

18

community and music events, magazine advertising, youthful imagery and marketing in the retail environment.  The 2018 California Tobacco Retail Surveillance Study found significantly more menthol advertisements at stores with a higher proportion of African American residents and in neighborhoods with higher proportions of school-age youth.[67]  Another 2011 California study found that, as the proportion of African American high school students in a neighborhood rose, the proportion of menthol advertising increased.[68]  As TPSAC concluded, menthol cigarettes are "disproportionately marketed per capita to African Americans. African Americans have been the subjects of specifically tailored menthol marketing strategies and messages."[69]

The tobacco industry's use of menthol cigarettes to target African Americans has paid lucrative, but tragic, rewards.  The prevalence of menthol use *is highest among African Americans – 85% of African American smokers smoke menthol cigarettes*, compared to 29% of Whites.[70]  In its 2011 TPSAC Report, the FDA concluded that menthol cigarettes are associated with lower levels of smoking cessation among African Americans.[71]  TPSAC also estimated that by 2020, over 460,000 African Americans will have started smoking because of menthol cigarettes, and 4,700 excess deaths of African Americans will have been attributable to menthol cigarettes.[72]

Indeed, the public health importance of SB 793 for African Americans is made especially clear by the COVID-19 pandemic, which has revealed stark health

---

[67] Nina Schleicher et al., Stanford Prevention Research Center, *California Tobacco Retail Surveillance Study, 2018* 3, 22 (2019), https://www.cdph.ca.gov/Programs/CCDPH/DCDIC/CTCB/CDPH%20Document%20Library/Researchand Evaluation/Reports/CaliforniaTobaccoRetailSurveillanceStudyReport-2018.pdf.

[68] Lisa Henriksen et al., *Targeted Advertising, Promotion, and Price for Menthol Cigarettes in California High School Neighborhoods*, 14 Nicotine Tobacco Rsch. 116 (2012), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3592564/.

[69] TPSAC Menthol Report, *supra* note 46, at 92.

[70] OSG Report 2020, *supra* note 35.

[71] TPSAC Menthol Report, *supra* note 46, at 147.

[72] *Id.* at 206.

19

disparities across our nation.  A Harvard University analysis of COVID-19 mortality rates by race and ethnicity found that Black COVID-19 patients between 25 and 54 years old were approximately seven to nine times as likely to die from COVID-19 as White COVID-19 patients.[73]  A CDC report on hospitalization rates of patients with confirmed COVID-19 across 14 states found that while only 18% of the population captured by the report are African Americans, 33% of all hospitalized patients (for which race and ethnicity data were available) were African American, suggesting an overrepresentation of African Americans among hospitalized patients.[74]  Another study currently under review evaluated COVID-19 diagnoses and deaths across United States counties with disproportionate numbers of African American residents.  The study found disproportionately higher COVID-19 deaths in primarily Black counties in both small metro areas as well as rural areas.[75]  According to a recent CDC analysis of the effects of COVID-19, "current data suggest a disproportionate burden of illness and death among racial and ethnic minority groups."[76]

        Although multiple and complex factors contribute to racial health disparities in the U.S., the disproportionate burden of COVID-19 on the African American community surely underscores the urgency of laws like SB 793, given the disproportionate impact of menthol cigarettes on that community and the likelihood

---

[73] Mary T. Bassett et al, *The Unequal Toll of COVID-19 Mortality by Age in the United States: Quantifying Racial/Ethnic Disparities* 1-18 (The Harvard Ctr. for Population and Dev. Stud. Working Paper Series No. 3, 2020),  https://cdn1.sph.harvard.edu/wp-content/uploads/sites/1266/2020/06/20_Bassett-Chen-Krieger_COVID-19_plus_age_working-paper_0612_Vol-19_No-3_with-cover-1.pdf.

[74] Shikha Garg et al., *Hospitalization Rates and Characteristics of Patients Hospitalized with Laboratory-Confirmed Coronavirus Disease 2019—COVID-NET, 14 States, March 1–30, 2020*, 69 Morbidity & Mortality Wkly. Report 458-464 (2020), https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6915e3-H.pdf.

[75] Laura Barrón-Lopez, *A New Study Shows Just How Badly Black People Have Been Hit by Covid-19*, Politico (May 5, 2020), https://www.politico.com/news/2020/05/05/black-counties-disproportionately-hit-by-coronavirus-237540.

[76] CDC, *COVID-19 in Racial and Ethnic Minority Groups*, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/racial-ethnic-minorities.html.

EXHIBIT                                         No. 20-cv-01990-JLS-WVG

that smokers are particularly vulnerable to the worst effects of the novel coronavirus.  The balance of equities, and the public interest, strongly weigh against an injunction against SB 793 in the midst of a pandemic of respiratory disease that is having such a deadly and disproportionate effect on the African American community.

### III.   An Injunction Would Be Harmful to the Health of California Residents by Allowing the Continued Sale of Flavored Cigars.

Like other flavored tobacco products, flavored cigar smoking presents substantial health risks – risks that are particularly concerning given the prevalence of cigar use among children and the tobacco industry's efforts to market cigars to youth.  Historically, cigar manufacturers designed flavored cigars to serve as "starter" smokes for youth and young adults because the flavorings helped mask the harshness, making the products easier to smoke.[77]  According to an industry publication, "[w]hile different cigars target a variety of markets, all flavored tobacco products tend to appeal primarily to younger consumers."[78]  The vice president of one distributor commented, "[f]or a while it felt as if we were operating a Baskin-Robbins ice cream store" in reference to the huge variety of cigar flavors available – and, no doubt, an allusion to flavors that would appeal to kids.[79]

More than 1,400 children under age 18 try cigar smoking for the first time every day.[80]  The 2013-14 PATH study found that 71.7% of youth cigar smokers used a flavored product in the last month.[81]  The 2019 NYTS showed that

---

[77] Ganna Kostygina et al., *Tobacco Industry Use of Flavours to Recruit New Users of Little Cigars and Cigarillos*, 25 Tobacco Control 66 (2016), https://tobaccocontrol.bmj.com/content/25/1/66.

[78] M. Niksic, *Flavored Smokes: Mmmmm...More Profits?*, Tobacco Retailer (Apr. 2007).

[79] *Id*.

[80] SAMHSA, HHS, *2019 National Survey on Drug Use and Health, Table 4.9A, Past Year Initiation of Substance Use among Persons Aged 12 or Older Who Initiated Use Prior to Age 18, Prior to Age 21, and at Age 21 or Older: Numbers in Thousands, 2018 and 2019*. Cigars are defined as cigars, cigarillos or little cigars.

[81] Advance Notice of Proposed Rulemaking, *supra* note 5, at 12,296.

21

1  approximately 600,000 middle and high school students had used a flavored cigar

2  in the last 30 days.[82]

3      As the FDA has found, "[a]ll cigars pose serious negative health risks."[83]  In

4  2010 alone, regular cigar smoking was responsible for "approximately 9,000

5  premature deaths or almost 140,000 years of potential life lost among adults 35

6  years or older."[84]  According to the FDA, "[a]ll cigar smokers have an increased

7  risk of oral, esophageal, laryngeal, and lung cancer compared to non-tobacco

8  users," as well as "other adverse health effects, such as "increased risk of heart and

9  pulmonary disease," "a marked increase in risk for chronic obstructive pulmonary

10  disease," a higher risk of death from COPD, and "a higher risk of fatal and nonfatal

11  stroke compared to non-smokers."[85]

12      A preliminary injunction that allows the sale of flavored cigars in California

13  would be plainly contrary to the public interest.

14  ## CONCLUSION

15      For these reasons, the *amici* public health, medical and community

16  organizations urge the Court to deny plaintiffs a preliminary injunction preventing

17  enforcement of SB 793.

---

[82] CDC, *supra* note 6.
[83] Deeming Rule, *supra* note 38, at 29,020.
[84] *Id.*
[85] *Id.*

22

EXHIBIT                                                                 No. 20-cv-01990-JLS-WVG

Dated: November 12, 2020

Respectfully submitted,
BYRON RAPHAEL LLP

*s/ Jordan Raphael*
Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
1055 West 7th Street, Suite 3300
Los Angeles, California 90017
Tel: (213) 291-9800
Fax: (213) 377-5771

Of counsel:
CAMPAIGN FOR TOBACCO-FREE KIDS
Dennis A. Henigan
dhenigan@tobaccofreekids.org
Swati Rawani
srawani@tobaccofreekids.org
1400 I St. NW, Suite 1200
Washington, DC 20005
Tel: (202) 481-9366
Fax: (202) 296-5427

Attorneys for Proposed *Amici Curiae*

EXHIBIT                                                    No. 20-cv-01990-JLS-WVG

# APPENDIX

## DESCRIPTION OF *AMICI CURIAE*

African American Tobacco Control Leadership Council (AATCLC), formed in 2008, is composed of a cadre of dedicated community activists, academics, and researchers. Our work has shaped the national discussion and direction of tobacco control policy, practices, and priorities, especially as they affect the lives of Black Americans, African immigrant populations and ultimately, all smokers. AATCLC has an interest in flavored tobacco restrictions because such restrictions reduce death and disease especially among Black Americans and others who are disproportionately burdened by tobacco.

The American Academy of Pediatrics, California (AAP-CA) is a nonprofit organization incorporated in the state of California. It is comprised of the four AAP California regional chapters statewide, representing more than 5,000 California primary care and subspecialty pediatricians and pediatric residents. Our mission is to support and protect the health well-being of infants, children, adolescents, and young adults in California.

The American Cancer Society Cancer Action Network (ACS CAN) is the nation's leading voice advocating for public policies that are helping to defeat cancer. As the advocacy affiliate of the American Cancer Society, ACS CAN works to encourage government officials to make cancer a top priority, including supporting comprehensive tobacco control.

The American Heart Association (AHA) is a voluntary health organization that, since 1924, has been devoted to saving people from heart disease and stroke— the two leading causes of death in the world. AHA teams with millions of volunteers to fund innovative research, fight for stronger public health policies, and provide lifesaving tools and information to prevent and treat these diseases. The Dallas-based association with local offices in all 50 states, as well as in

1

Washington, D.C. and Puerto Rico, is the nation's oldest and largest voluntary organization dedicated to fighting heart disease and stroke.

The American Lung Association is the nation's oldest voluntary health organization. The American Lung Association has long been active in research, education and public policy advocacy regarding the adverse health effects caused by tobacco use, including supporting eliminating the sale of all flavored tobacco products.

The American Medical Association (AMA) is the largest professional association of physicians, residents, and medical students in the United States. Additionally, through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. The AMA was founded in 1847 to promote the art and science of medicine and the betterment of public health, and these remain its core purposes. AMA members practice in every medical specialty and in every state, including California. The AMA and CMA join this brief on their own behalves and as representatives of the Litigation Center of the American Medical Association and the State Medical Societies. The Litigation Center is a coalition among the AMA and the medical societies of each state and the District of Columbia. Its purpose is to represent the viewpoint of organized medicine in the courts.

Americans for Nonsmokers' Rights (ANR) is a national non-profit tobacco control advocacy organization based in Berkeley, California. Since its formation in 1976, ANR has been dedicated to protecting nonsmokers' rights to breathe smoke-free air in enclosed public places and workplaces and to preventing youth addiction to nicotine, including use of e-cigarettes and other flavored tobacco products. ANR represents a national constituency of over 12,000 individuals and organizations concerned about the health risks that tobacco and other nicotine products pose to

EXHIBIT                                                                   No. 20-cv-01990-JLS-WVG

the health and safety of smokers and nonsmokers alike and committed to reducing and preventing tobacco and e-cigarette use.

Breathe California of the Bay Area, Golden Gate, and Central Coast is a century-old nonprofit that reduces the impact of lung disease through education, advocacy, patient services and research.  It key roles include: establishing tobacco-free communities, achieving healthy air quality, and fighting lung diseases like asthma and tuberculosis.  Recent work has focused on the lung health threats of coronavirus, wildfires, and the vaping epidemic.

Breathe Southern California (Breathe SoCal) is an environmental health nonprofit organization focused on improving lung health and air quality.  Breathe SoCal is a leader in educational programming efforts, including the "Clearing the Air: The Vaping Trend" community program that discusses the dangers of flavored tobacco products with students, parents, and teachers.

California Academy of Family Physicians (CAFP) is the only organization solely dedicated to advancing the specialty of family medicine in the state. Since 1948, CAFP has championed the cause of family physicians and their patients. CAFP is critically important to primary care, with a strong collective voice of more than 11,000 family physician, family medicine resident, and medical student members. CAFP is the largest primary care medical society in California and the largest chapter of the American Academy of Family Physicians.

California Dental Association (CDA) is the nonprofit organization representing organized dentistry in California. Founded in 1870, CDA is committed to the success of our members in service to their patients and the public. CDA also contributes to the oral health of Californians through various comprehensive programs and advocacy. CDA's membership consists of more than 27,000 dentists, making it the largest constituent of the American Dental Association. For more information, visit cda.org.

EXHIBIT                                                    No. 20-cv-01990-JLS-WVG

1      California Medical Association (CMA) is a non-profit, incorporated
2  professional physician association of approximately 50,000 members throughout
3  the State of California. For more than 160 years, CMA has promoted the science
4  and art of medicine, the care and well-being of patients, the protection of public
5  health, and the betterment of the medical profession. CMA's membership includes
6  California physicians engaged in the private practice of medicine in all specialties
7  and settings. CMA and its physician members advocate for laws and policies that
8  promote the health of their patients and communities.

9      California Public Interest Research Group (CALPIRG) is a consumer group
10  that stands up to powerful interests whenever they threaten our health and safety,
11  our financial security, or our right to fully participate in our democratic society. For
12  more than forty years, CALPIRG has been an advocate for stronger public health
13  protections. We have supported efforts at the state and local level to prevent more
14  children from becoming addicted to nicotine, including but not limited to support
15  for SB 793. Headquartered in Sacramento, CALPIRG is supported by thousands of
16  individual contributors across the state of California.

17      California School Nurses Organization (CSNO) is the professional
18  organization for credentialed school nurses. We are the primary health professional
19  within California's educational system and as such we strive to assure all children
20  in school are healthy, ready and able to learn. As the primary health professional in
21  the schools, we play a vital role in educating, counseling and designing
22  programs/activities that encourage the development of decision making and
23  problem solving skills which assist in the student's ability to make healthier
24  choices.

25      Campaign for Tobacco-Free Kids is a leading force in the fight to reduce
26  tobacco use and its deadly toll in the United States and around the world. The
27  Campaign envisions a future free of the death and disease caused by tobacco, and it
28  works to save lives by advocating for public policies that prevent kids from

4

smoking, help smokers quit and protect everyone from secondhand smoke. The Campaign for Tobacco-Free Kids has an interest in flavored tobacco restrictions in California because restrictions impact the use of tobacco products by young people.

Kaiser Permanente (KP) is the largest private integrated health care delivery system in the United States, serving more than 12.4 million members in eight states and the District of Columbia, including 9.2 million members in California.  KP's mission is not just to provide health care to our members, but also to create healthier communities.  Reducing youth tobacco use has been a key goal at KP for many years.  We are looked to as having expertise in clinical care, including tobacco prevention and cessation programs, and for our efforts in the broader community to help children and young adults value and maintain a tobacco-free lifestyle. KP supports removing all flavored tobacco products from the market and advocated strongly in favor of SB 793 (Hill – 2020). In addition, KP's national leadership in a broad portfolio of pioneering tobacco control efforts demonstrates a strong psychological stake and demonstrated interest in this case because upholding the legislation in question will have a positive impact on KP's steadfast mission to improve the health of our members and the communities we serve.

Los Angeles County Medical Association (LACMA) is the nation's largest county medical organization with over 7,000 members and has been an emphatic voice on protecting the health and well-being of the most vulnerable populations across  the Los Angeles region; specifically fighting the egregious marketing tactics deployed by the flavored tobacco industry from device companies to retailers.

Parents Against Vaping e-cigarettes (PAVe) is a national grassroots organization founded in 2018 by three moms in response to the youth vaping epidemic. The catalyst for PAVe was their discovery in April, 2018 that a JUUL representative had entered their sons' high-school through an outside anti-addiction group, without the school's knowledge, and told the 9th-grade students, without adults present, that JUUL was "totally safe" and would receive FDA approval "any

5

day."  (Their Congressional testimony about this incident was cited by FDA as evidence that JUUL had marketed directly to kids.)  PAVe's volunteer parent advocates operate in multiple states across the country, including California.  PAVe believes that regulatory and legislative change at the state level is key to slowing the explosive growth of teen vaping and protecting teens from the predatory behavior of Big Tobacco.

Public Health Law Center is a public interest legal resource center dedicated to improving health through the power of law and policy, grounded in the belief that everyone deserves to be healthy. Located at the Mitchell Hamline School of Law in Saint Paul, Minnesota, the Center helps local, state, national, tribal, and global leaders promote health by strengthening public policies. For almost twenty years, the Center has worked with public officials and community leaders across the nation to develop, implement, and defend effective public health laws and policies, including those designed to reduce commercial tobacco use, improve the nation's diet, encourage physical activity, protect the nation's public health infrastructure, and promote health equity. The Public Health Law Center's commercial tobacco control program operates as part of a national network of nonprofit legal centers working to protect public health from the devastating consequences of tobacco use. The Center's affiliated legal organizations include: Public Health Advocacy Institute and the Center for Public Health and Tobacco Policy, both at Northeastern University School of Law, Boston, Massachusetts; ChangeLab Solutions, Oakland, California; Legal Resource Center for Tobacco Regulation, Litigation & Advocacy, at University of Maryland Francis King Carey School of Law, Baltimore, Maryland; Smoke-Free Environments Law Project, at the University of Michigan, Ann Arbor, Michigan; and Tobacco Control Policy and Legal Resource Center at New Jersey GASP, Summit, New Jersey.

Truth Initiative Foundation, d/b/a Truth Initiative (Truth Initiative) is a 501(c)(3) Delaware corporation created in 1999 out of a 1998 master settlement

6

agreement that resolved litigation brought by 46 states, five U.S. territories, and the District of Columbia against the major U.S. cigarette companies.  Headquartered in Washington, D.C., Truth Initiative studies and supports programs in the United States to reduce youth smoking, vaping and nicotine use and to prevent diseases associated with tobacco products. Its nationally recognized truth® campaign has educated hundreds of millions of young people about the health effects and social costs of tobacco.

EXHIBIT                                                      No. 20-cv-01990-JLS-WVG