UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>                              Defendants. | Case No.: 20-CV-1990 JLS (WVG)<br><br>**ORDER (1) GRANTING JOINT MOTION TO CONTINUE AND CONSOLIDATE HEARINGS AND (2) REQUESTING SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 39) |

Presently before the Court is the Parties' Joint Motion to Continue and Consolidate Hearings ("Mot.," ECF No. 39). California electors engaged in a referendum effort to challenge S.B. 793, and S.B. 793 cannot currently be enforced. Mot. at 2. Therefore, "Plaintiffs in this case no longer need immediate relief from the Court." *Id.* at 3. Good cause appearing, the Court **GRANTS** the Joint Motion.

First, the Court **HEREBY CONTINUES** the consolidated hearing currently scheduled for December 10, 2020, in Case Nos. 3:20-cv-01990, 3:20-cv-01290, and 3:20-cv-01124 to <u>January 28, 2021 at 1:30 p.m. in Courtroom 4D</u>.

Second, the Court **HEREBY CONTINUES** the hearing on Defendants' pending Motion to Dismiss (ECF Nos. 36, 38) currently scheduled for January 21, 2021, to <u>January 28, 2021 at 1:30 p.m. in Courtroom 4D</u> and **CONSOLIDATES** the Motion to Dismiss hearing with the other pending motion hearings in these related cases.

Finally, the Court **ORDERS** the parties to simultaneously file supplemental briefs, not to exceed ten pages, on the effect of the suspension of S.B. 793 on the present case <u>on or before January 14, 2021</u>.

The Court will hold the January 28, 2021, hearing by video, with public access by telephone. The Parties must contact the Courtroom Deputy by email at alex_ramos@casd.uscourts.gov for access information; the telephone number for public access will be provided in a future Order. If visual aids will be used during the hearing, the Parties **SHALL PROVIDE** hard copies or **SHALL LODGE** electronic copies with the Court at efile_sammartino@casd.uscourts.gov at least <u>two (2) hours</u> before the hearing.

**IT IS SO ORDERED.**

Dated: December 10, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge