UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-1990 JLS (WVG)<br><br>**ORDER (1) VACATING HEARING AND (2) ORDERING JOINT STATUS REPORT**<br><br>(ECF No. 6, 36, 38) |

　　　Presently before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 39) and Defendants' Motions to Dismiss for Failure to State a Claim (ECF Nos. 36, 38). On its own motion, the Court **VACATES** the hearing on these motions scheduled for January 28, 2021 at 1:30 p.m. The Court will reset the hearing on these motions in a future order.

　　　The Court further **ORDERS** the Parties to file a joint status report, not to exceed

///

///

1

five pages, on the status of the referendum petition challenging S.B. 793 <u>on or before</u> <u>February 4, 2021</u>.

**IT IS SO ORDERED.**

Dated: January 22, 2021

                                       Hon. Janis L. Sammartino
                                       United States District Judge