UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>　　　　　　　　　Defendants. | Case No.:  20-CV-1990 JLS (WVG)<br><br>**ORDER TAKING PENDING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 6, 36, 38) |

　　　Presently before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 6) and Defendants' Motions to Dismiss for Failure to State a Claim (ECF Nos. 36, 38). The Court previously vacated the hearing on these motions. (*See* ECF No. 47.)  On its

///
///
///
///
///

1

own motion, the Court the takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: February 9, 2021

Hon. Janis L. Sammartino
United States District Judge