UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-CV-1990 JLS (WVG)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

   Presently before the Court is Plaintiffs' Complaint (ECF No. 1) against Defendants Xavier Becerra in his official capacity as Attorney General of California and Summer Stephan in her official capacity as District Attorney for the County of San Diego.  The

///

///

///

///

///

undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

  **IT IS SO ORDERED.**

Dated: July 28, 2021

             *Janis L. Sammartino*
             Hon. Janis L. Sammartino
             United States District Judge